IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. BLACKSTON and BRADLEY BARBER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:99-cv-295-WHA |
| STATE OF ALABAMA et al., | ) ) | (WO) |
| Defendants. | ) ) | |

**ORDER**

This cause is before the court on the Defendants' Motion to Drop Parties (Doc. #230), the Plaintiff's Motion to Join Necessary Parties (Doc. #236), and the Plaintiffs' Motion to Substitute Parties (Doc. #234).

Although the Plaintiffs seek to substitute Defendant Gordon F. Bailey, Jr. as a Defendant in his capacity as Chairman of the Advisory Committee on Child Support Guidelines Updates, the Defendants have already conceded in their response to the Plaintiffs' Motion to Enforce that Gordon F. Bailey, Jr. in his official capacity is properly substituted as Chairman. Therefore, the Motion to Substitute is due to be DENIED as moot.

The opposing motions to drop and join parties both concern Chief Justice Sue Bell Cobb and Penny Davis. It is unclear why the Plaintiffs seek to have these individuals named as Defendants in this case. At this time, therefore, the court declines to join them and will grant the motion to have them dismissed as Defendants. The only purpose for adding these individuals appears to be to afford full relief should the Plaintiffs prevail. If, after the evidentiary hearing, the court determines that the Plaintiffs are due relief in this case, the court will entertain at that time a motion to add Chief Justice Sue Bell Cobb and Penny Davis as Defendants.

Accordingly, it is hereby ORDERED as follows:

1. The Defendants' Motion to Drop Parties (Doc. #230) is GRANTED, without prejudice to the Plaintiffs' seeking to again add these individuals if the court should determine that relief is appropriate in this case.

2. The Plaintiffs' Motion to Join Necessary Parties (Doc. #236) is DENIED.

3. The Plaintiffs' Motion to Substitute Parties (Doc. #234) is DENIED as moot.

Done this 10th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE